[No. 31827-3-III.   Division Three.   August 16, 2016.]

*In the Matter of the Personal Restraint of* LEWIS A. LAWRENCE, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 32982-8-III.   Division Three.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSTY JOE ABRAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00282-6, John M. Antosz, J., entered December 16, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33439-2-III.   Division Three.   August 16, 2016.]

*In the Matter of the Involuntary Treatment of* R.Y.

Appeal from a judgment of the Superior Court for Whitman County, No. 15-6-00001-5, David Frazier, J., entered May 6, 2015. *Reversed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33605-1-III.   Division Three.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAVEN SHADESTY NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00591-4, John M. Antosz, J., entered July 14, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.